| Attorney or Party without Attorney:<br>LATHAM & WATKINS LLP<br>JOHN T. RYAN, ESQ. (211899)<br>12670 High Bluff Drive<br>San Diego, California 92130<br>   Telephone No: 858-523-5400 | | | | **For Court Use Only** |
|---|---|---|---|---|
|    Attorney For: Plaintiff | Ref. No. or File No.:<br>065700-0001-15068 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING)<br>Defendant: JOHN PETRAGLIA, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:19-cv-02007-JAH-KSC |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION, COMPLAINT FOR: 1) VIOLATION OF DEFENSE OF TRADE SECRETS ACT 2) VIOLATION OF COMPUTER FRAUD & ABUSE ACT 3) TRADE SECRET MISAPPROPRIATION 4) VIOLATION OF THE CALIFORNIA COMPUTER DATA ACCESS AND FRAUD ACT 5) VIOLATION OF CAL. BUS & PROF CODE SECTION 17200 DEMAND FOR JURY TRIAL DEMAND FOR INJUNCTIVE RELIEF REDACTED PUBLIC VERSION, CIVIL COVER SHEET, SEE ATTACHED LIST OF ADDITIONAL DOCUMENTS SERVED

3. a. Party served:    HOLIDAY FOLIAGE, INC.
   b. Person served:  KRISTINE VANZUTPHEN, Agent for Service of Process, Authorized to Accept Served Under F.R.C.P. Rule 4.

4. Address where the party was served:    2592 OTAY CENTER DRIVE, SAN DIEGO, CA 92154

5. I served the party:
   a. **by substituted service.**   On: Tue, Oct 22 2019 at: 02:15 PM by leaving the copies with or in the presence of:
       Adam Palafox, Receptionist, Authorized to Accept Served Under F.R.C.P. Rule 4.

   (1)  [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)  [X]  **(Declaration of Mailing)** is attached.
   (4)  [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

*3900189*
*(849064)*
Page 1 of 2

| Attorney or Party without Attorney: <br> LATHAM & WATKINS LLP <br> JOHN T. RYAN, ESQ. (211899) <br> 12670 High Bluff Drive <br> San Diego, California 92130 <br>   Telephone No: 858-523-5400 <br><br>   Attorney For: Plaintiff | Ref. No. or File No.: <br> 065700-0001 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING) <br> Defendant: JOHN PETRAGLIA, et al. | | |
| PROOF OF SERVICE | Hearing Date:   Time:   Dept/Div: | Case Number: <br> 3:19-cv-02007-JAH-KSC |

6. **Person Who Served Papers:**
  a. Daniel Womack (3390, San Diego County)    **d.** *The Fee* for Service was: $176.05
  **b.** FIRST LEGAL    **e.** I am: A Registered California Process Server
   530 B Street, Suite 1050
   SAN DIEGO, CA 92101
  c. (619) 231-9111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

10/22/2019

(Date)           (Signature)



PROOF OF SERVICE

*3900189*
*(849064)*
Page 2 of 2

| Attorney or Party without Attorney: <br> LATHAM & WATKINS LLP <br> JOHN T. RYAN, ESQ. (211899) <br> 12670 High Bluff Drive <br> San Diego, California 92130 <br>    Telephone No: 858-523-5400 <br><br>    Attorney For: Plaintiff | Ref. No. or File No.: <br> 065700-0001 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING) <br> Defendant: JOHN PETRAGLIA, et al. | | |
| PROOF OF SERVICE <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:19-cv-02007-JAH-KSC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION, COMPLAINT FOR: 1) VIOLATION OF DEFENSE OF TRADE SECRETS ACT 2) VIOLATION OF COMPUTER FRAUD & ABUSE ACT 3) TRADE SECRET MISAPPROPRIATION 4) VIOLATION OF THE CALIFORNIA COMPUTER DATA ACCESS AND FRAUD ACT 5) VIOLATION OF CAL. BUS & PROF CODE SECTION 17200 DEMAND FOR JURY TRIAL DEMAND FOR INJUNCTIVE RELIEF REDACTED PUBLIC VERSION, CIVIL COVER SHEET, SEE ATTACHED LIST OF ADDITIONAL DOCUMENTS SERVED

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Tue, Oct 22, 2019
   b. Place of Mailing: SAN DIEGO, CA 92101
   c. Addressed as follows: HOLIDAY FOLIAGE, INC. c/o KRISTINE VANZUTPHEN
         2592 OTAY CENTER DRIVE, SAN DIEGO, CA 92154

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Oct 22, 2019 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Eunice Fortanel
   b. FIRST LEGAL
      530 B Street, Suite 1050
      SAN DIEGO, CA 92101
   c. (619) 231-9111

   d. **The Fee** for Service was: $176.05
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

10/22/2019

(Date)                                              (Signature)



| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> BY MAIL | *3900189* <br> *(849064)* |
|---|---|---|

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CASE NO.: 3:19-cv-02007-JAH-KSC

CASE NAME: TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING)

V.

JOHN PETRAGLIA, et al.

ADDITIONAL DOCUMENTS SERVED:

- **ORDER GRANTING TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING)'S MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL**
- **TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING)'S NOTICE OF MOTION AND MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL**
- **COMPLAINT FOR: 1) VIOLATION OF DEFENSE OF TRADE SECRETS ACT 2) VIOLATION OF COMPUTER FRAUD & ABUSE ACT 3) TRADE SECRET MISAPPROPRIATION 4) VIOLATION OF THE CALIFORNIA COMPUTER DATA ACCESS AND FRAUD ACT 5) VIOLATION OF CAL. BUS & PROF CODE SECTION 17200 DEMAND FOR JURY TRIAL DEMAND FOR INJUNCTIVE RELIEF UNDER SEAL**