LATHAM & WATKINS LLP
   John T. Ryan (CA Bar No. 211899)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450
Email: jake.ryan@lw.com

   Nicole C. Valco (CA Bar No. 258506)
   Amit Makker (CA Bar No. 280747)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: nicole.valco@lw.com
Email: amit.makker@lw.com

*Counsel for Plaintiff TGG Management Company, Inc. (dba TGG Accounting)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING),<br><br>Plaintiff,<br><br>v.<br><br>JOHN PETRAGLIA; MEGAN ZERBA; SAYVA SOLUTIONS, INC.; GARRETT TAPKEN; ERIK RHOADES; BUBBLY BRANDS, LLC; SASH GROUP, INC.; and HOLIDAY FOLIAGE, INC.,<br><br>Defendants. | CASE NO. 19-CV-2007-BAS-KSC<br><br>**DECLARATION OF NICOLE C. VALCO IN SUPPORT OF TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING)'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**<br><br>Judge: Hon. Cynthia A. Bashant<br>Courtroom: 4B |

I, Nicole C. Valco, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at Latham & Watkins LLP and counsel for Plaintiff in this case. I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently thereto.

2. In connection with Plaintiff's *Ex Parte* Motion for Expedited Discovery ("the *Ex Parte* Motion"), for each defendant where I was aware of counsel representing them, I contacted counsel to inform them of the *Ex Parte* Motion.

3. On November 7, 2019, I contacted Phil Tencer, counsel for defendants Sayva Solutions, Inc., and Holiday Foliage, Inc., by telephone and informed him of Plaintiff's intent to file the *Ex Parte* Motion and the general contents of the motion. I sent a follow up email that same day at his request identifying the requests that are included in our concurrently filed motion relating to his clients, and asked if they would agree to provide that discovery on an expedited basis. I followed up by email on November 8, and Mr. Tencer responded that day saying that his client was still considering the requested discovery with some modifications. I followed up again by email on November 11, and Mr. Tencer responded that day saying that his clients were not amenable to the requested expedited discovery. Mr. Tencer offered only that his clients may be amenable to sitting for deposition before the Early Neutral Evaluation Conference, but would not agree to any further depositions of those parties or that those depositions would not count against the limits under the rules. Mr. Tencer indicated that a decision is being made as to whether he represents Defendants John Petraglia and Megan Zerba, and that his office is in possession of the two USB drives identified in the Complaint. He did not directly respond to the question of whether Petraglia and Zerba would agree to any expedited discovery.

4. On November 1, 2019, I contacted Sean Flaherty, counsel for defendant Bubbly Brands, LLC, by telephone and informed him of Plaintiff's intent to file the *Ex Parte* Motion and the general contents of the motion. I sent a follow up email on

November 7, 2019 identifying the requests that are included in our concurrently filed motion relating to Bubbly Brands, and asked again if it would agree to provide that discovery on an expedited basis. On November 8, 2019, Mr. Flaherty sent me an email stating that Bubbly Brands intended to move to dismiss the Complaint as to Bubbly Brands and stating that Bubbly Brands did not believe expedited discovery was warranted and that Bubbly Brands would oppose any such motion.

5.   On November 8, 2019, I was informed that Sash Group, Inc. had retained Tracy Schimelfenig to represent it. I called Ms. Schimelfenig on November 8 and informed her of Plaintiff's intent to file the *Ex Parte* Motion, and followed up with an email the same day. Ms. Schimelfenig responded the same day stating that Sash Group did not agree to provide expedited discovery.

6.   At this time, I am unaware of any counsel representing Defendants Garrett Tapken or Erik Rhoades, but assume that they are represented. Not wanting to contact a party directly that is represented by counsel, I have not contacted Defendants Garrett Tapken or Erik Rhoades about the *Ex Parte* Motion. The *Ex Parte* Motion will be served by hand delivery today and overnight mail on these individual defendants at the addresses where they were served with the Complaint in this action.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on November 12, 2019.

Dated: November 12, 2019            LATHAM & WATKINS LLP

                                    By: s/ Nicole C. Valco
                                        Nicole C. Valco