```
 1 | LATHAM & WATKINS LLP
   |    John T. Ryan (CA Bar No. 211899)
 2 | 12670 High Bluff Drive
   | San Diego, CA 92130
 3 | Telephone: 858-523-5400
   | Facsimile: 858-523-5450
 4 | Email: jake.ryan@lw.com
 5 |
   |    Nicole C. Valco (CA Bar No. 258506)
 6 |    Amit Makker (CA Bar No. 280747)
   | 505 Montgomery Street, Suite 2000
 7 | San Francisco, California 94111
   | Telephone: 415-391-0600
 8 | Facsimile: 415-395-8095
   | Email: nicole.valco@lw.com
 9 | Email: amit.makker@lw.com
10 |
   | Counsel for Plaintiff TGG Management
11 | Company, Inc. (dba TGG Accounting)
```

*Counsel for Plaintiff TGG Management Company, Inc. (dba TGG Accounting)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING),<br><br>Plaintiff,<br><br>v.<br><br>JOHN PETRAGLIA; MEGAN ZERBA; SAYVA SOLUTIONS, INC.; GARRETT TAPKEN; ERIK RHOADES; BUBBLY BRANDS, LLC; SASH GROUP, INC.; and HOLIDAY FOLIAGE, INC.,<br><br>Defendants. | CASE NO. 19-cv-02007-BAS-KSC<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Cynthia A. Bashant<br>Courtroom: 4B |

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 12670 High Bluff Drive, San Diego, CA 92130.

On **November 12, 2019**, I served the following document described as:

**TGG MANAGEMENT COMPANY, INC.'S EX PARTE MOTION FOR EXPEDITED DISCOVERY**

**DECLARATION OF NICOLE C. VALCO IN SUPPORT OF TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING)'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**

**[PROPOSED] ORDER GRANTING TGG MANAGEMENT COMPANY, INC. (DBA TGG ACCOUNTING)'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC MAIL

I am familiar with the office practice of Latham The above-described document was transmitted via electronic mail to the following party on November 12, 2019:

| | |
|---|---|
| Sean D. Flaherty<br>Gordon Rees Scully Mansukhani<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>(619) 230-7473<br>sflaherty@grsm.com<br><br>Counsel for Bubbly Brands, Inc. | Phil Tencer<br>TencerSherman LLP<br>12520 High Bluff Drive, Suite 240<br>San Diego, CA 92130<br>(858) 408-6901<br>phil@tencersherman.com<br><br>Counsel for Sayva Solutions and Holiday Foliage |

Tracy L. Schimelfenig
California Business Law Group, PC
The Rynearson House
2441 E Street, Suite 101
San Diego, CA 92102
(619) 325-1315
tschimelfenig@cblg.biz

Counsel for Sash Group, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\111657901.1

1

CASE NO. 19-CV-02007-BAS-KSC
PROOF OF SERVICE  11:23

| | |
|---|---|
| 1 | **BY OVERNIGHT MAIL DELIVERY** |

2  I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier.  Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for.  I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

| | |
|---|---|
| Sean D. Flaherty<br>Gordon Rees Scully Mansukhani<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>(619) 230-7473<br>sflaherty@grsm.com<br><br>Counsel for Bubbly Brands, Inc. | Phil Tencer<br>TencerSherman LLP<br>12520 High Bluff Drive, Suite 240<br>San Diego, CA 92130<br>(858) 408-6901<br>phil@tencersherman.com<br><br>Counsel for Sayva Solutions and Holiday Foliage |
| Megan Zerba<br>Sayva Solutions<br>3636 Nobel Drive, Suite 400<br>San Diego, CA 92122 | John Petraglia<br>Sayva Solutions<br>3636 Nobel Drive, Suite 400<br>San Diego, CA 92122 |
| Eric Rhoades<br>6470 Lake Arrowhead Drive, Apt. 168<br>San Diego, CA 92119 | Garrett Tapken<br>2138 Balboa Ave. Apt 6<br>San Diego, CA 92109-4666 |

Tracy L. Schimelfenig
California Business Law Group, PC
The Rynearson House
2441 E Street, Suite 101
San Diego, CA 92102
(619) 325-1315
tschimelfenig@cblg.biz

Counsel for Sash Group, Inc.

**BY HAND DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.  Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\111657901.1

2

CASE NO. 19-CV-02007-BAS-KSC
PROOF OF SERVICE

hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

| | |
|---|---|
| Sean D. Flaherty<br>Gordon Rees Scully Mansukhani<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>(619) 230-7473<br>sflaherty@grsm.com<br><br>Counsel for Bubbly Brands, Inc. | Phil Tencer<br>TencerSherman LLP<br>12520 High Bluff Drive, Suite 240<br>San Diego, CA 92130<br>(858) 408-6901<br>phil@tencersherman.com<br><br>Counsel for Sayva Solutions and Holiday Foliage |
| Megan Zerba<br>Sayva Solutions<br>3636 Nobel Drive, Suite 400<br>San Diego, CA 92122 | John Petraglia<br>Sayva Solutions<br>3636 Nobel Drive, Suite 400<br>San Diego, CA 92122 |
| Eric Rhoades<br>6470 Lake Arrowhead Drive, Apt. 168<br>San Diego, CA 92119 | Garrett Tapken<br>2138 Balboa Ave. Apt 6<br>San Diego, CA 92109-4666 |
| Tracy L. Schimelfenig<br>California Business Law Group, PC<br>The Rynearson House<br>2441 E Street, Suite 101<br>San Diego, CA 92102<br>(619) 325-1315<br>tschimelfenig@cblg.biz<br><br>Counsel for Sash Group, Inc. | |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 12, 2019**, at San Diego, California.

*/s/ Kristen Fechner*
Kristen Fechner

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\111657901.1

3

CASE NO. 19-CV-02007-BAS-KSC
PROOF OF SERVICE