1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

TGG MANAGEMENT COMPANY, INC.,

Case No. 19-cv-2007-BAS-KSC

12

Plaintiff,

**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT GARRETT TAPKEN WITHOUT PREJUDICE (ECF No. 117)**

13
14

v.

15

JOHN PETRAGLIA, et al.,

16

Defendants.

17
18
19
20
21

    Plaintiff TGG Management Company, Inc., and Defendant Garrett Tapken filed a

22

joint motion to dismiss TGG's action against Tapken without prejudice under Rule 41(a)(2)

23

of the Federal Rules of Civil Procedure.  (ECF No. 117.)  Other Defendants did not object.

24
25
26
27
28

19cv2007

Good cause appearing, the Court **GRANTS** the joint motion.  TGG's action against Tapken is dismissed without prejudice.[1]  The Court **INSRUCTS** the Clerk to terminate Defendant Garrett Tapken as a party.

**IT IS SO ORDERED.**

**DATED: JANUARY 5, 2020**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005) (holding that Rule 41(a) may be applied to dismiss "all claims against one defendant, so that a defendant may be dismissed from the entire action").

- 2 -